UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| McRO, INC., d.b.a. PLANET BLUE,<br><br>Plaintiff,<br><br>v.<br><br>INSOMNIAC GAMES, INC.,<br><br>Defendant. | Case no. CV 12-10340-GW(FFMx)<br><br>**ORDER ON JOINT STIPULATION TO MOVE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
|---|---|

Based on the Joint Stipulation of the parties, and good cause appearing therefor, IT IS ORDERED that the hearing on Defendant INSOMNIAC GAMES, INC.'s Motion to Dismiss Plaintiff's Complaint is moved to **March 4, 2013 at 8:30 a.m.**

IT IS SO ORDERED.

Dated: February 28, 2013

*/s/ George H. Wu*

GEORGE H. WU, U.S. District Judge

-1-   CV12-10340 GW (FFMx)

[PROPOSED] ORDER ON JOINT STIPULATION TO MOVE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT