RUSS AUGUST & KABAT
Marc A. Fenster, CA SB No. 181067
Email: mfenster@raklaw.com
Irene Y. Lee, CA SB No. 213625
Email: ilee@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310.826.7474
Facsimile: 310.826.6991

MISHCON DE REYA NEW YORK LLP
James J. McGuire, (*Pro Hac Vice Pending*)
Email: james.mcguire@mishcon.com
Mark S. Raskin, (*Pro Hac Vice*)
Email: mark.raskin@mishcon.com
Eric P. Berger, (*Pro Hac Vice Pending*)
Email: eric.berger@mishcon.com
750 7th Avenue, 26th Floor
New York, New York 10019
Telephone: 212.612.3270
Facsimile: 212.612.3397

Attorneys for Plaintiff McRO, Inc., dba Planet Blue

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| McRO, Inc., dba Planet Blue,<br><br>Plaintiff,<br><br>v.<br><br>Insomniac Games, Inc.,<br><br>Defendant. | **CASE NO. CV 12-10340 GW-FFM**<br><br>**Assigned to**<br>**The Honorable George H. Wu**<br><br>**NOTICE RE: FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT** |

Pursuant to Fed. R. Civ. Proc. 15, on February 28, 2013, Plaintiff submitted its First Amended Complaint to the Court, which would render moot Defendant's 12(b)(6) Motion to Dismiss (Dkt. No. 20). A true and correct copy of the First Amended Complaint is attached hereto as Exhibit A.

However, the clerk at the filing window indicated that the First Amended Complaint was "received but not filed" because it is "untimely" due to Defendant's pending Motion to Dismiss. A true and correct copy of the Notice of Document Discrepancies is attached hereto as Exhibit B.

1
**NOTICE RE: FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Fed. R. Civ. Proc. 15(a)(1)(B) provides:

"a party may amend its pleading once as a matter of course within . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b) . . ., whichever is earlier."

Further, Fed. R. Civ. Proc. 6(d) provides:

"[w]hen a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a)."

Here, Defendant's responsive pleading is its Motion to Dismiss under Rule 12(b). The motion was electronically filed and served under Rule 5(b)(E) on February 4, 2013. Thus, under Rules 15(a)(1)(B) and 6(d), Plaintiff may amend its complaint once as a matter of course as long as it is filed on or before February 28, 2013—*i.e.,* 21 days after February 4, 2013, plus 3 days.

In light of the foregoing, Plaintiff respectfully requests the Court to accept its First Amended Complaint as filed as of February 28, 2013.

DATED: March 1, 2013   Respectfully submitted,

RUSS, AUGUST & KABAT
Marc A. Fenster
Irene Y. Lee

By: /s/ *Irene Y. Lee*
    Irene Y. Lee

Mishcon de Reya New York LLP
James J. McGuire
Mark S. Raskin
Eric P. Berger

Attorneys for Plaintiff
McRO, Inc., dba Planet Blue