MISHCON DE REYA NEW YORK LLP
Mark S. Raskin, Pro Hac Vice
Email: mark.raskin@mishcon.com
Eric P. Berger, Pro Hac Vice
Email: eric.berger@mishcon.com
John Petrsoric, Pro Hac Vice
Email: John.Petrsoric@mishcon.com
750 7th Avenue, 26th Floor
New York, New York  10019
Telephone:  212-612-3270
Facsimile:   212.612.3397

RUSS AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email:  mfenster@raklaw.com
Irene Y. Lee, State Bar No. 213625
Email:  ilee@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Telephone: 310.826.7474
Facsimile:  310.826.6991

Attorneys for Plaintiff
McRo, Inc., d.b.a. Planet Blue

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| McRO, Inc., dba Planet Blue,<br><br>                              Plaintiff,<br>v.<br><br>Bandai Namco Games America, Inc., etc., et al.<br><br>                              Defendants. | **CASE No. CV 12-10322-GW(FFMx) – LEAD CASE**<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS BETWEEN MCRO, INC., DBA PLANET BLUE AND INSOMNIAC GAMES, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>**CONSOLIDATED WITH:**<br>12-cv-10323-GW (FFMx)<br>12-cv-10326-GW (FFMx)<br>12-cv-10327-GW (FFMx)<br>12-cv-10329-GW (FFMx)<br>12-cv-10331-GW (FFMx)<br>12-cv-10333-GW (FFMx)<br>12-cv-10335-GW (FFMx)<br>12-cv-10336-GW (FFMx) |
|---|---|

12-cv-10337-GW (FFMx)
12-cv-10338-GW (FFMx)
**12-cv-10340-GW (FFMx)**
12-cv-10341-GW (FFMx)
12-cv-10342-GW (FFMx)
14-cv-00336-GW (FFMx)
14-cv-00352-GW (FFMx)
14-cv-00358-GW (FFMx)
14-cv-00417-GW (FFMx)
14-cv-00383-GW (FFMx)
14-cv-00332-GW (FFMx)
13-cv-01870-GW (FFMx)

The Court, having considered the parties' Joint Motion for Dismissal Pursuant to Fed. R. Civ. P. 41(a), and good cause appearing therefore, hereby confirms that:

- Pursuant to Rule 41(a) of the Federal Rules of Civil Procedures, all claims, counterclaims and defenses in this action between Plaintiff, McRO, Inc., dba Planet Blue ("Planet Blue") and Defendant and Counterclaimant Insomniac Games, Inc. ("Insomniac") are hereby dismissed with prejudice; and
- The parties shall bear their own costs, expenses and attorneys' fees.

**IT IS SO ORDERED.**

Dated: July 18, 2014                By: _____
                                    Honorable George H. Wu
                                    United State District Judge

3

ORDER GRANTING JOINT MOTION FOR DISMISSAL